# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| MY HOME NOW, LLC, | |
| Plaintiff, | 2:14-cv-02019-JCM-VCF |
| vs. | **ORDER** |
| CITIBANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR7 MORTGAGE PASS-THROUGH CERTIFICATES 2007-AR7, | |
| Defendants. | |

Before the court is the Motion to Extend Deadline to File Joint Pre-Trial Order (#31).

IT IS HEREBY ORDERED that an in-chambers telephonic hearing on the Motion to Extend Deadline to File Joint Pre-Trial Order (#31) is set for 2:00 p.m., September 1, 2015.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 24th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE