1   JOHN HENRY WRIGHT, ESQ.
    Nevada Bar No. 6182
2   **THE WRIGHT LAW GROUP, P.C.**
    2340 Paseo Del Prado, Suite D-305
3   Las Vegas, Nevada 89102
    Telephone: (702) 405-0001
4   Facsimile: (702) 405-8454
    Email: john@wrightlawgroupnv.com
5   *Attorney for Plaintiff MY HOME NOW, LLC*

6
                    **UNITED STATES DISTRICT COURT**
7                      **DISTRICT OF NEVADA**

8   MY HOME NOW, LLC, a Nevada Limited          Case No. 2:14-cv-02019-JCM-VCF
9   Liability Company,

10                  Plaintiff(s),

11  vs.                                         **STIPULATION AND ORDER TO**
                                                **EXTEND TIME FOR PLAINTIFF TO**
12  STEPHANIE A. OSBORN, an individual,         **FILE ITS REPLY IN SUPPORT OF THE**
    CITIBANK, N.A. AS TRUSTEE FOR               **RENEWED MOTION FOR SUMMARY**
13  STRUCTURED ASSET MORTGAGE                   **JUDGMENT [ECF NO. 45]**
    INVESTMENTS II TRUST 2007-AR7
14  MORTGAGE PASS-THROUGH
    CERTIFICATES 2007-AR7 a National            **(FIRST REQUEST)**
15  Banking Corporation and DOES I through X,
    inclusive; ROE ENTITIES XI through XX,
16
                    Defendants.
17

18          Plaintiff, MY HOME NOW, LLC, by and through its counsel of record, JOHN HENRY

19  WRIGHT, ESQ., of THE WRIGHT LAW GROUP, P,.C., and Defendant CITIBANK, by and

20  through their respective counsel of record, hereby stipulate to an Order for an extension of time for

21  MY HOME NOW, LLC to file a Reply in support of its Renewed Motion for Summary Judgment

22  [ECF No. 45] filed on June 15, 2017.

23          MY HOME NOW, LLC'S counsel has requested the extension for additional time to fully

24  reply to the Response to its Renewed Motion for Summary Judgment due to calendar conflicts and

25  the extensive and substantial nature of the Response filed. The original deadline for Plaintiff to file

26  the Reply in Support of the Renewed Motion for Summary Judgment is August 3, 2017. The

27  proposed deadline for MY HOME NOW, LLC'S Reply is August 17, 2017.

28  / / /



THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

1         This is the Plaintiff's first request for extension of this deadline, and is not intended to cause

2    any delay or prejudice to any party.

3         Dated this 3rd day of August, 2017.

4    **IT IS SO STIPULATED.**

5    **THE WRIGHT LAW GROUP, P.C.**       **BALLARD SPAHR LLP**

6

7      /s/ John Henry Wright, Esq.        /s/ Sylvia O. Semper, Esq.

8    JOHN HENRY WRIGHT, ESQ.       ABRAN E. VIGIL, ESQ.
     Nevada Bar No. 6182         Nevada Bar No. 7548

9    2340 Paseo Del Prado, Suite D-305    SYLVIA O. SEMPER, ESQ.
     Las Vegas, Nevada 89102       Nevada Bar No. 12863

10   Telephone: (702) 405-0001      100 North City Parkway, Suite 1750
     Facsimile: (702) 405-8454      Las Vegas, Nevada 89106

11   *Attorney for Plaintiff*        Telephone: (702) 471-7000
     *MY HOME NOW, LLC*        Facsimile: (702) 471-7070

12                             *Attorneys for Defendant CITIBANK, N.A.*

13

14

15                        **IT IS SO ORDERED Aug. 7, 2017.**

16

17                        UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

Z:\My Home Now LLC\5381 Cholla Cactus-Federal Court #2019\FEDERAL COURT\2017.08.03 - SAO to Ext Time to Reply to Response to MSJ.wpd

Page 2 of 2